ACCEPTED
12-15-00157-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/16/2015 11:43:07 PM
Pam Estes
CLERK

Cause No. 12-15-000157-CR

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/16/2015 11:43:07 PM
PAM ESTES
Clerk

In the Court of Appeals for the
Twelfth Judicial District at Tyler, Texas

Stanford Jones, Jr.,
Appellant

v.

State of Texas,
Appellee

On Appeal from Cause No. 2013-0744 in the 217th
Judicial District Court of Angelina County, Texas

**State's First Motion for Extension (Unopposed)**

**To the Honorable Justices of this Court:**

Appellee, State of Texas, moves for a 30-day extension of time to file its

brief.

I.

Undre the Texas Rules of Appellate Procedure, the general deadline to file

an appellee's brief is 30 days after the date the appellant's brief was filed. Tex. R.

1

App. P.38.6(b).  Appellant's Brief was filed on October 15, 2015, giving the State until Monday November 16, 2015 to file its brief.

The State of Texas now requests a 30-day extension of time in which to file its brief.

## II.

Good cause exists for allowing the State additional time to file its brief for the following reasons:

1.    Counsel for the State has had a medical emergency and has been out of the office since November 2, 2015.

2.    Counsel for the Appellant is unopposed to this extension.

## III.

From the above-listed reasons, the State has demonstrated that good cause for the failure to be able to submit its brief by the Court's deadline.  This is the State's first motion for extension, and it is not brought for purposes of delay or harrassment, but to see that justice is done.

Wherefore, Appellee State of Texas prays that the Court grant its requested 30-day extension to file its State's Brief in this matter.

Respectfully Submitted,

/s/ April Ayers-Perez

Assistant District Attorney
Angelina County D.A.'s Office
P.O. Box 908
Lufkin, Texas 75902
(936) 632-5090 phone
(936) 637-2818 fax
State Bar No. 24090975
ATTORNEY FOR THE
STATE OF TEXAS

**Certificate of Service**

I certify that on November 16, 2015, a true and correct copy of the above document has been forwarded to John Reeves, by electronic service through efile.txcourts.gov.

/s/ April Ayers-Perez

**Certificate of Conference**

I certify that on November 15, 2015, I conferred with John Reeves about this motion, and certify that he was unopposed to a 30-day extension.

/s/ April Ayers-Perez